1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  CHRISTOFFER LEE (CABN 280360)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5095
7      FAX: (408) 535-5081
       christoffer.lee@usdoj.gov

8
   Attorneys for United States of America
9

FILED

Oct 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 21-71548-MAG |
| Plaintiff, ) | |
| ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. ) | |
| ALFREDO BENITO DELATRINIDAD ) BAUTISTA aka "Alfredo Delatrinidad," ) | |
| Defendant. ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on September 30, 2021, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐     Indictment

☐     Information

X     Criminal Complaint

☐     Other (describe) _____

pending in the Central District of California, Case Number MJ00724.

In that case (copy of complaint attached), the defendant is charged with a violation of Title 8

v. 7/10/2018

1 | United States Code, Sections 1326(a), (b)(2).
2 | Description of Charges: <u>Illegal Alien Found in the United States Following Deportation</u>.
3 |     The maximum penalties are as follows:
4 |   - Maximum term of imprisonment of 20 years
5 |   - Maximum $250,000 fine
6 |   - Maximum 3 years supervised release
7 |   - $100 mandatory special assessment

Respectfully Submitted,

STEPHANIE M. HINDS
ACTING UNITED STATES ATTORNEY

Date:  October 1, 2021

*/s/ Christoffer Lee*
CHRISTOFFER LEE
Assistant United States Attorney

v. 7/10/2018

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
|---|---|
| PLAINTIFF, | |
| v. | ON COMPLAINT |
| ALFREDO BENITO DELATRINIDAD BAUTISTA, | CASE NO.: |
| aka "Alfredo Delatrinidad," | |
| DEFENDANT. | 20MJ00724 |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ALFREDO BENITO DELATRINIDAD BAUTISTA,** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Illegal Alien Found in the United States Following Deportation, in violation of Title 8, United States Code, Sections 1326(a), (b)(2). REC: BY SAUSA Matthew C. Chan [DET]

2/14/2020
Date

JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE
U.S. Magistrate Judge

JACQUELINE CHOOLJIAN
Signature of Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                     Page 1 of 2

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|
| | | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |
|---|---|---|---|---|---|
| | | | | | |

**LAST KNOWN RESIDENCE:**

**LAST KNOWN EMPLOYMENT:**

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

**INVESTIGATIVE AGENCY NAME:**

**INVESTIGATIVE AGENCY ADDRESS:**

**NOTES:**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br>v.<br>ALFREDO BENITO DELATRINIDAD BAUTISTA,<br>  aka "Alfredo Delatrinidad,"<br>Defendant. | Case No.   MJ00724 |

FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 19, 2018, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

~~Please see attached affidavit.~~

☒ Continued on the attached sheet.

/S/
_____
Complainant's signature

Andrea Bond, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/14/2020

City and state: Los Angeles, California

JACQUELINE CHOOLJIAN

Judge's signature
JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

I, Andrea Bond, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against ALFREDO BENITO DELATRINIDAD BAUTISTA, also known as "Alfredo Delatrinidad" ("DELATRINIDAD"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER ANDREA BOND

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since November 2012. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field

office.  Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since February 2006.

### III. STATEMENT OF PROBABLE CAUSE

4.   On or about June 19, 2018, the ICE Pacific Enforcement Response Center ("PERC") received an electric notification based on biometric fingerprint information that DELATRINIDAD was arrested and in the custody of the Los Angeles Police Department ("LAPD").  On or about that same day, the PERC lodged a DHS Immigration Detainer with the LAPD. The detainer was not honored and DELATRINIDAD was subsequently released.

5.   On or about April 4, 2019, the ICE Pacific Enforcement Response Center ("PERC") received an electric notification based on biometric fingerprint information that DELATRINIDAD was arrested and in the custody of the Los Angeles Police Department ("LAPD").  On or about that same day, the PERC lodged a DHS Immigration Detainer with the LAPD. Again, the detainer was not honored and DELATRINIDAD was released.

6.   Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

7.   On October 23, 2019, I obtained and reviewed DHS A-File A208-969-013, which is maintained for the subject alien

"Alfredo Benito Delatrinidad Bautista." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A208-969-013 corresponds. I compared the photographs in the A-File to photographs taken at the time of DELATRINIDAD's booking into police custody on or about April 3, 2019. I thus determined that DHS A-File A208-969-013 and its contents correspond to DELATRINIDAD.

    b. One executed Warrant of Removal/Deportation (Form I-205) indicating that DELATRINIDAD was officially removed or deported from the United States on or about December 26, 2017. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, the INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Warrant of Removal/Deportation in DELATRINIDAD's DHS A-File contains a photograph, a signature, and fingerprint.

    c. A copy of a conviction record showing that DELATRINIDAD was convicted on or about April 15, 2015, under the name "Alfredo Delatrinidad," of Injuring Spouse, Cohabitant, Fiance, Boyfriend, Girlfriend, or Child's Parent, in violation of California Penal Code 273.5(a), with an enhancement for Use of a Dangerous Weapon in violation of California Penal Code Section 12022(b)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number PA083171-01, for which DELATRINIDAD was sentenced to three years' imprisonment.

d. Various documents, in addition to the Warrant of Removal/Deportation indicating that DELATRINIDAD is a native and citizen of Mexico. These documents include: (i) a Notice of Intent to Issue a Final Administrative Removal Order, dated December 19, 2017, in which DELATRINIDAD admits to being a native and citizen of Mexico; and (ii) a Record of Sworn Statement, dated February 28, 2017, which states that DELATRINIDAD is a native and citizen of Mexico.

8. On October 18, 2019, I reviewed the printouts of the Interstate Identification Index ("III"). Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number. The III printouts confirmed that DELATRINIDAD had been convicted of the crime reflected on the documents contained in DELATRINIDAD's DHS A-File, described above.

9. On November 1, 2019, I reviewed the printouts of ICE computer indices on DELATRINIDAD. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that DELATRINIDAD had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in DELATRINIDAD's DHS A-File and described above. The ICE computer indices further indicated

4

that DELATRINIDAD had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since DELATRINIDAD had last been deported.

10. On November 13, 2019, I received a copy of a conviction record showing that DELATRINIDAD was convicted on or about December 7, 2018, under the name "Alfredo Delatrinidad," of Corporal Injury to Spouse or Cohabitant with Prior Assault, in violation of California Penal Code 273.5(f)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number PA091169-01, for which DELATRINIDAD was sentenced to one year imprisonment.

11. Based on my review of DELATRINIDAD's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in DELATRINIDAD's DHS A-File.

## IV. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that Alfredo Benito Delatrinidad Bautista has violated Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

/s/
_____
Andrea Bond
Deportation Officer
Immigration and Customs Enforcement

Subscribed to and sworn before me
this 14 day of February, 2020

JACQUELINE CHOOLJIAN
_____
UNITED STATES MAGISTRATE JUDGE

6